■ In the Matter of the Estate of MAX SAKOW, Deceased. WALTER SAKOW, as De Facto Executor of MAX SAKOW, Deceased, Respondent; EVELYN BRESLAW et al., Appellants. [845 NYS2d 39]— Order, Surrogate's Court of the State of New York, Bronx County (Lee L. Holzman, S.), entered November 16, 2005, which, to the extent appealed, denied objectants' cross motion to impose a surcharge against petitioner as the de facto fiduciary of the estate, unanimously affirmed, without costs.

As the damages trial of this matter was concluded, and the resulting order reviewed by this Court (see Matter of Sakow, 21 AD3d 849 [2005], lv denied 7 NY3d 706 [2006]), the doctrine of the law of the case precludes the grant of objectants' cross motion to surcharge petitioner for self-dealing (see generally People v Evans, 94 NY2d 499, 502-504 [2000]). Concur—Mazzarelli, J.P., Marlow, Williams, Catterson and Kavanagh, JJ.

■ ROBERT L. SHEETS et al., Respondents, v LIBERTY ALLIANCES, LLC, Appellant. [844 NYS2d 698]—Appeal from order, Supreme Court, New York County (Carol Edmead, J.), entered on or about April 20, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Williams, Catterson and Kavanagh, JJ. [See 2007 NY Slip Op 30836(U).]